Raymond Dale **MCVAY**, Plaintiff—Appellant,

v.

Joseph **LEHMAN**; et al., Defendants—Appellees.

No. 05–35115.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 5, 2005.*

Decided Dec. 16, 2005.

Raymond Dale McVay, Aberdeen, WA, pro se.

Stefanie J. Weigand, Esq., Office of the Washington Attorney General, Olympia, WA, for Defendants–Appellees.

Before: GOODWIN, W. FLETCHER, and FISHER, Circuit Judges.

MEMORANDUM**

Washington state prisoner Raymond Dale McVay appeals pro se from the district court's summary judgment in favor of defendants in his 42 U.S.C. § 1983 action alleging that prison grievance counselors conspired to and did retaliate against him for filing prison grievances and a tort claim. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo both a district court's dismissal for failure to state a claim and summary judgment. *Barnett·v. Centoni*, 31 F.3d 813, 815–16 (9th Cir.1994) (per curiam). We affirm.

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

The district court properly granted summary judgment on McVay's retaliation claims because he failed to raise a genuine issue of material fact as to whether defendants filed a major infraction against him in response to his filing two grievances and a tort claim alleging that correctional officers broke his typewriter during a cell search. *See Rhodes v. Robinson,* 408 F.3d 559, 567–68 (9th Cir.2005) (internal citations omitted).

The district court properly dismissed McVay's conspiracy claims because conclusory allegations are insufficient to state a section 1983 claim for relief. *See Woodrum v. Woodward County,* 866 F.2d 1121, 1126 (9th Cir.1989).

**AFFIRMED.**

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.